IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00032-MP-AK

MICHAEL HOLDEN RAGSDALE,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 18, Motion to Continue, filed by Mr. Ragsdale. By filing the motion, Mr. Ragsdale waives his speedy trial rights with regard to the period of the continuance. A teleconference was held in this case on February 1, 2007, during which the government consented to the continuance. The motion is granted, and trial in this case reset for the trial term beginning Tuesday, March 13, 2007.

    **DONE AND ORDERED** this  *1st*   day of February, 2007

                               *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge