IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00032-MP-AK

MICHAEL HOLDEN RAGSDALE,

    Defendant.
_____/

**FINAL ORDER OF FORFEITURE**

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order Of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on June 29, 2007, this Court entered a Preliminary Order Of Forfeiture against the following property:

    A.    **Dell Dimension 2350 Desktop Computer, SN# GCB8R21**

    B.    **Dell Monitor, SN# MY-08J854-46632-24N-92GG**

    C.    **Dell Computer Keyboard, SN# CN-09C487-38844-19F-1236**

    D.    **Micro Innovations Computer Mouse, SN# 053087095**

pursuant to the provisions of 18 U.S.C. § 2253; and

WHEREAS, on August 14, 21, and 28, 2007, the United States of America caused to be published in the Gainesville Sun, a newspaper of general circulation, notice of this forfeiture and the intent of the United States of America to dispose of the property, in accordance with the law, further notifying all third parties of their right to file a petition setting forth their interest in said property; and

WHEREAS, no persons or entities having an interest in the above-referenced property have

*Page 2 of 2*

filed petitions, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the above-referenced property, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of in accordance with the law.

**DONE AND ORDERED** this *30th* day of January, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge